```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
      v.                     )    No. 4:05 CR 322 CAS
                             )                    DDN
SANCHEZ E. SMOTHERMAN,       )
                             )
            Defendant.       )

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

    This action is before the Court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).  An evidentiary hearing was set for August 22, 2005.

    On August 22, 2005, defendant Sanchez E. Smotherman appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions.  He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

    Upon this record,

    **IT IS HEREBY RECOMMENDED** that the motion of defendant to suppress evidence and statements (Doc. 18) be denied as moot.

    The parties are advised they have ten (10) days to file written objections to this Report and Recommendation.  The failure to file objections may result in a waiver of the right to appeal issues of fact.

                                /s/ David D. Noce
                              **DAVID D. NOCE**
                              **UNITED STATES MAGISTRATE JUDGE**

Signed on August 22, 2005.